UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

MEDIA DVX PROPERTY SERVICES, INC., a Delaware corporation,

Plaintiff,

v.

TEKTRONIX, INC., an Oregon corporation,

Defendant.

Civil File No. 00-CV-1504 RHK/JMM

JOINT STIPULATION FOR AMENDMENT OF PLEADINGS AND INTERVENTION OF VIDEOTELE.COM, INC. and ORDER

Plaintiff Media DVX Property Services, Inc. ("Media DVX") desires to amend its Complaint to add additional claims. VideoTele.com, Inc., a wholly owned subsidiary of Defendant Tektronix, Inc., desires to intervene in this action. To avoid the costs of bringing motions to effect the foregoing, the parties have agreed that Media DVX may amend its Complaint to add additional claims and that VideoTele.com, Inc. may intervene in this action. By this stipulation, however, neither party acknowledges that the other parties' proposed claims are valid, and each party reserves its defenses and rights to make dispositive motions with respect to such claims.

In accordance with the above agreement, the parties, through their respective counsel, HEREBY STIPULATE AND AGREE that Media DVX may amend its Complaint to add additional claims and that VideoTele.com, Inc. may intervene in this action. The parties

FILED NOV 0 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

further stipulate and agree that Media DVX shall serve its amended complaint no later than November 15; that within 10 days after Media DVX serves its amended complaint, Tektronix, Inc. shall serve a responsive pleading thereto and VideoTele.com, Inc. shall serve its pleading in intervention; and that within 10 days after Tektronix, Inc. and VideoTele.com, Inc. serve their respective pleadings, Media DVX shall serve a reply, if any, to the counterclaims.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________

Daniel Q. Poretti (185152)
John J. Wackman (251884)
Suite 2000
333 South Seventh Street
Minneapolis, MN 55402
(612) 340-7944
ATTORNEYS FOR PLAINTIFF MEDIA DVX PROPERTY SERVICES, INC.

DATED: November 1, 2000.

BOWMAN AND BROOKE, LLP

______________________________

Kim M. Schmid (195613)
C. Paul Carver (23753X)
Suite 2600, Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 339-8682

DATED: November 1, 2000.

and

/////

/////

STOEL RIVES LLP

Randolph C. Foster, OSB No. 78434
Richard J. Vangelisti, OSB No. 99415
Admitted Pro Hac Vice
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-268
(503) 224-3380
ATTORNEYS FOR DEFENDANT
TEKTRONIX, INC. AND VIDEOTELE.COM

**ORDER**

The above-captioned matter came before the Court pursuant to the parties' Joint Stipulation for Amendment of Pleadings and Intervention of VideoTele.com, Inc. Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Media DVX may amend its Complaint to add additional claims and that VideoTele.com, Inc. may intervene in this action. **IT IS FURTHER ORDERED** that Media DVX shall serve its amended complaint no later than November 15; that within 10 days after Media DVX serve its Amended Complaint, Tektronix, Inc. shall serve a responsive pleading thereto and VideoTele.com, Inc. shall serve its pleading in intervention; and that within 10 days after Tektronix, Inc. and VideoTele.com, Inc. serve their respective pleadings, Media DVX shall serve a reply, if any, to the counterclaims.

John M. Mason
United States Magistrate Judge

DATED: November 2, 2000.