**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Media DVX Property Services, Inc., a Delaware corporation,

Plaintiff,

Civil No. 00-1504 (RHK/JMM)

vs.

**ORDER**

Tektronix, Inc., an Oregon corporation,

Defendant.

---

The Dispositive Motions scheduled for hearing on February 21, 2001 are referred to Magistrate Judge John M. Mason for recommended disposition. The February 21 hearing date is **CANCELED** and Judge Mason will advise the parties of a new hearing date.

Dated: January 31, 2001

RICHARD H. KYLE
United States District Judge

FILED JAN 31 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK