UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MEDIA DVX PROPERTY SERVICES, CIVIL NO. 00-1504 (RHK/JMM)

Plaintiff,

v. ORDER/NOTICE OF HEARING

TEKTRONIX, INC.,

Defendant.

By Order dated January 31, 2001, the District Judge has referred Defendant's Motion for Partial Summary Judgment [Docket Nos. 33 and 39] and Plaintiff's Motion for Summary Judgment [Docket No. 35] to the undersigned for hearing.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the above motions will be heard before the undersigned on February 21, 2001 at 9:00 a.m. in Courtroom 628B, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota.

Dated: February 1, 2001

JOHN M. MASON
United States Magistrate Judge

FEB 02 2001