UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MEDIA DVX PROPERTY SERVICES, INC.,

Plaintiff,

v.

TEKTRONIX, INC.,

Defendant.

CIVIL NO. 00-1504 (RHK/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated March 2, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant's Motion for Partial Summary Judgment [Docket No. 33] is denied;

2. Plaintiff's Motion for Summary Judgment [Docket No. 35] is denied;

3. Defendant's Motion for Partial Summary Judgment as to Counts II and III of the Amended Complaint is granted, unless within ten day of this Order Plaintiff serves and files a Second Amended Complaint which complies in all respects with the Federal Rules of Civil Procedure.

Dated: 3/23/01

RICHARD H. KYLE
United States District Judge

FILED MAR 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK