**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MEDIA DVX PROPERTY SERVICES INC.,

Plaintiff,

vs. CV 00-1504 RHK/JMM

TEKTRONIX INC., etal

Defendants.

**NOTICE OF JURY TRIAL**

A Jury Trial is scheduled for Monday, November 26, 2001, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

October 31, 2001

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

OCT 31 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK