THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Media DVX, Inc., a Delaware corporation,

Plaintiff,

vs.

Tektronix, Inc., an Oregon corporation,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER

Court File No. 00-CV-1504 (RHK/JMM)

---

The parties above-named, through their attorneys, hereby stipulate and agree that the above-captioned case is hereby dismissed with prejudice, with each party to bear all of its own costs and fees.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
John J. Wackman (251884)
Attorneys for Plaintiff Media DVX, Inc. (successor in interest to Media DVX Property Services, Inc.)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7944

Dated: November 19, 2001

BOWMAN AND BROOKE, LLP

By ______________________
Steve L. Rietenour (225691)
Attorneys for Defendant Tektronix, Inc.
Suite 2600, Fifth Street Towers
150 South Fifth Street
Minneapolis, MN 55402
(612) 339-8682

Dated: November 26, 2001

FILED NOV 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 28 2001
DEPUTY CLERK ______

- AND -

STOEL RIVERS, LLP

Randolph C. Foster (OSB # 78434)
Richard J. Vangelisti (OSB # 99415)
Admitted Pro Hac Vice
Attorneys for Defendant Tektronix, Inc.
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
(503) 224-3380

**ORDER**

The above-captioned matter came before the Court pursuant to the parties' Stipulation of Dismissal With Prejudice. Based on all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the above-captioned case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear all of its own costs and fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 11/28, 2001

Richard H. Kyle
United States District Judge